UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

William E Dugan, et al.
                            Plaintiff,

v.                                        Case No.: 1:08−cv−02069
                                             Honorable Amy J. St. Eve

Richard M Shea
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 5/21/2008. Only named defendant has passed away. Case is dismissed without prejudice. Amended Complaint to be filed by 6/20/2008. ( Status hearing set for 6/26/2008 at 08:30 AM.), Civil case terminated. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.