IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO.  08 C 2069 |
| | ) | |
| SHEA'S IRON WORKS, INC., | ) | JUDGE AMY J. ST. EVE |
| an Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney of record, hereby certifies that she electronically filed an Amended Complaint with the Clerk of Court using the CM/ECF system and further certifies that she mailed the above-referenced documents by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 20th day of June 2008:

        **Judith A. Shea**, Registered Agent
        18339 W. Edwards Road
        Antioch, IL   60002


        /s/Cecilia M. Scanlon


Catherine M. Chapman
Beverly P. Alfon
Cecilia M. Scanlon
Attorneys for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com
I:\MOEJ\Shea's Iron\cert.of service 06-20-08.cms.kp.wpd