# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

William E Dugan, et al.

                                        Plaintiff,

v.                                                    Case No.: 1:08–cv–02069
                                                      Honorable Amy J. St. Eve

Shea's Iron Works, Inc., an Illinois Corporation, et
al.

                                        Defendant.

_____

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2008:

        MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on
6/26/2008 and continued to 8/27/08 at 8:30 a.m. (as opposed to the 8/28/08 date given in
open court). Defendant to answer or otherwise plead by 7/17/08. Rule 26(a)(1) disclosures
by 8/1/08. Written discovery to be issued by 8/15/08. Parties are directed to meet and
confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next
status hearing. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.