IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| William E. Dugan, et al, | ) | |
| | ) | |
| plaintiffs, | ) | Case No. 08 C 2069 |
| | ) | |
| v. | ) | Judge St. Eve |
| | ) | Room 1241 |
| Shea's Iron Works, Inc., | ) | |
| | ) | |
| defendant. | ) | |

### NOTICE OF CHANGE OF ADDRESS

To:   United States District Court          Cecilia M. Scanlon
      Dirksen Building                      Baum Sigman Auerbach & Neuman, Ltd.
      219 S Dearborn                        200 West Adams Street, Suite 2200
      Chicago, IL 60604                     Chicago, IL 60606-5231

**PLEASE TAKE NOTICE** effective August 1, 2008 the address of counsel for SHEA'S IRON WORKS, INC., changes as follows:

> Anderson Law Offices
> 223 W. Jackson Blvd.
> Suite 1100
> Chicago, IL 60606

There is no change in telephone or fax number.

SHEA'S IRON WORKS, INC.

By: _____
One of its attorneys

Burr E. Anderson
Anderson Law Offices
407 S Dearborn St., Suite 1085
Chicago, IL 60605
(312) 957-1100
Atty# 3121649
burranderson@employmentlawillinois.com

## CERTIFICATE OF SERVICE

I, Burr E. Anderson, an attorney, do hereby certify that I caused a copy of the foregoing notice to be served on the United States District Court by personal delivery and on the below-named attorney, by first class mail, on this 31st day of July 2008.

United States District Court
Dirksen Building
219 S Dearborn
Chicago, IL 60604

Cecilia M. Scanlon
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231

Burr E. Anderson