IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| William F. Dugan, et al, ) | |
| ) | |
| plaintiffs, ) | Case No. 08 C 2069 |
| ) | |
| v. ) | Judge St. Eve |
| ) | Room 1241 |
| Shea's Iron Works, Inc., ) | |
| ) | |
| defendant. ) | |

**FILED**
AUG 01 2008 TG
Aug 1, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF CHANGE OF ADDRESS**

To:  United States District Court           Cecilia M. Scanlon
     Dirksen Building                        Baum Sigman Auerbach & Neuman, Ltd.
     219 S Dearborn                          200 West Adams Street, Suite 2200
     Chicago, IL 60604                       Chicago, IL 60606-5231

**PLEASE TAKE NOTICE** effective August 1, 2008 the address of counsel for SHEA'S IRON WORKS, INC., changes as follows:

> Anderson Law Offices
> 223 W. Jackson Blvd.
> Suite 1100
> Chicago, IL 60606

There is no change in telephone or fax number.

SHEA'S IRON WORKS, INC.

By: _____
    One of its attorneys

Burr E. Anderson
Anderson Law Offices
407 S Dearborn St., Suite 1085
Chicago, IL 60605
(312) 957-1100
Atty# 3121649
burranderson@employmentlawillinois.com

## CERTIFICATE OF SERVICE

I, Burr E. Anderson, an attorney, do hereby certify that I caused a copy of the foregoing notice to be served on the United States District Court by personal delivery and on the below-named attorney, by first class mail, on this 31st day of July 2008.

| | |
|---|---|
| United States District Court | Cecilia M. Scanlon |
| Dirksen Building | Baum Sigman Auerbach & Neuman, Ltd. |
| 219 S Dearborn | 200 West Adams Street, Suite 2200 |
| Chicago, IL 60604 | Chicago, IL 60606-5231 |

_____
Burr E. Anderson