IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| William E. Dugan, et al, | ) | |
| | ) | |
| plaintiffs, | ) | Case No. 08 C 2069 |
| | ) | |
| v. | ) | Judge St. Eve |
| | ) | Room 1241 |
| Shea's Iron Works, Inc., | ) | |
| | ) | |
| defendant. | ) | |

### NOTICE OF FILING

To:   Cecilia M. Scanlon
      Baum Sigman Auerbach & Neuman, Ltd.
      200 West Adams Street, Suite 2200
      Chicago, IL 60606-5231

**PLEASE TAKE NOTICE** that defendant Shea's Iron Works, Inc. by one of its attorneys, is filing its Rule 26 (a)(1) Disclosures with the United States District Court, Dirksen Building, 219 S Dearborn, Chicago, IL 60604, on this 8th day of August 2008. A copy of these disclosures is attached hereto and is hereby served upon you.

SHEA'S IRON WORKS, INC.

By: _____
     One of its attorneys

OF COUNSEL:
Burr E. Anderson
Anderson Law Offices
223 W Jackson Blvd., #1100
Chicago, IL 60606
(312) 957-1100
burranderson@sbcglobal.net

## CERTIFICATE OF SERVICE

    I, Burr E. Anderson, an attorney, do hereby certify that I caused a copy of the Rule 26(a)(1) Disclosures to be served on the below-named attorney by first class mail, on this 8th day of August 2008.

Cecilia M. Scanlon
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231

                                              Burr E. Anderson