## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | |
|---|---|
| William E. Dugan, et al, ) | |
| ) | |
| Plaintiffs, ) | Case No. 08 C 2069 |
| ) | |
| v. ) | Judge St. Eve |
| ) | Room 1241 |
| Shea's Iron Works, Inc., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

To:   Cecilia M. Scanlon
      Baum Sigman Auerbach & Neuman, Ltd.
      200 West Adams Street, Suite 2200
      Chicago, IL 60606-5231

**PLEASE TAKE NOTICE** that defendant Shea's Iron Works, Inc., by one of its attorneys, is filing its Answer to the Complaint with the United States District Court, Dirksen Building, 219 S. Dearborn, Chicago, IL 60604, on this 22nd day of August 2008. A copy of this answer is attached hereto and is hereby served upon you.

                                        SHEA'S IRON WORKS, INC.

                                        By: _____
                                             One of its attorneys

Burr E. Anderson
Anderson Law Offices
223 W Jackson Blvd. – Suite 1100
Chicago, IL 60606
(312) 957-1100
burranderson@employemntlawillinois.com

## CERTIFICATE OF SERVICE

    I, Burr E. Anderson, an attorney, do hereby certify that I caused a copy of the foregoing notice and attached answer to be served on the below-named attorney, by personal delivery, on this 22nd day of August 2008.

Cecilia M. Scanlon
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231

                                                          Burr E. Anderson